**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rodney O'Neil SIMMONS,**
**Defendant–Appellant.**

No. 02–6094.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 7, 2002.

Rodney O'Neil Simmons, Appellant Pro Se. Clifton Thomas Barrett, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Rodney O'Neil Simmons seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Simmons,* Nos. CR–97–40; CA–00–893–1 (M.D.N.C. Nov. 27, 2001). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*